KINDRA DENEAU (State Bar No. 024156)
7135 East Camelback Road, Suite 230
Scottsdale, Arizona 85251
Telephone: (480) 306-5977
Facsimile: (602) 626-3504
kdeneau@lemberglaw.com

*Of Counsel to*
Lemberg & Associates LLC
A Connecticut Law Firm
1100 Summer Street
Stamford, CT 06905
Telephone: (203) 653-2250
Facsimile: (203) 653-3424

Attorneys for Plaintiff,
Ronald B. Perry

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Ronald B. Perry,<br><br>    Plaintiff,<br><br>  vs.<br><br>National Recovery Services, LLC; and DOES 1-10, inclusive,<br><br>    Defendants. | Case No.: 11-01738-PHX-GMS<br><br>**PLAINTIFF'S STATUS REPORT AND MOTION TO AMEND COMPLAINT** |

Plaintiff Ronald B. Perry ("Plaintiff"), through undersigned counsel, hereby submits his Status Report in compliance with the Court's Order, Document number 6, AND submits his Motion to Amend Complaint to re-name the correct Defendant on

this case and to remove the incorrectly named Defendant from the caption of the case. After serving National Recovery Services, LLC with service of process, National Recovery Services, LLC's counsel informed undersigned counsel that it could not locate Plaintiff in its records.  Thus, Plaintiff submitted a Subpoena Duces Tecum to his telephone provider Cox Communications to verify the identity of the Defendant. Last week, Plaintiff received Cox's Response to the Subpoena Duces Tecum and learned that it was not National Recovery Services, LLC who was calling him, but instead it was a similarly named debt collection company, NRA Group, LLC, who has been calling him.  The current Defendant National Recovery Services, LLC does not oppose Plaintiff dismissing it from the case and removing it from the case caption.

Based on the foregoing, Plaintiff respectfully moves the Court to allow him to file the proposed First Amended Complaint attached hereto with the Court pursuant to Rule 15(a)(1)(B) of the Federal Rules of Civil Procedure.  A form of Order is also filed concurrently herewith.

DATED:  October 26, 2011                LEMBERG & ASSOCIATES, LLC


By: __/s/   Kindra Deneau__
Kindra Deneau

Attorney for Plaintiff
Ronald B. Perry

2

# CERTIFICATE OF SERVICE

I, the undersigned, certify and declare that I am over the age of 18 years, and not a party to the above-entitled cause. On October 26, 2011, I served a true copy of foregoing document(s): **PLAINTIFF'S STATUS REPORT AND MOTION TO AMEND COMPLAINT**.

| | |
|---|---|
| **BY ELECTRONIC FILING:** I hereby certify that on October 26, 2011, a copy of the foregoing document was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. Mail. Parties may access this filing through the Court's electronic filing system. | Rachel Ommerman<br>Berman & Rabin, P.A.<br>15280 metcalf<br>Overland Park, KS 66223<br>**Attorney for Defendant National Recovery Services, LLC** |

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in affidavit.

I hereby certify that I am employed in the office of a member of the Bar of this Court at whose direction the service was made.

1 | Executed on October 26, 2011.

*/s/ Joshua Markovits*
JOSHUA MARKOVITS
Paralegal to Kindra Deneau