1   KINDRA DENEAU (State Bar No. 024156)
2   7135 East Camelback Rd., Suite 230
    Scottsdale, Arizona 85251
3   Telephone:  (480) 306-5977
4   Facsimile:  (602) 626-3504
    kdeneau@lemberglaw.com
5

6   *Of Counsel to*
    Lemberg & Associates LLC
7   A Connecticut Law Firm
8   1100 Summer Street
    Stamford, CT  06905
9   Telephone:  (203) 653-2250
10  Facsimile:  (203) 653-3424

11  Attorneys for Plaintiff,
12  Ronald B. Perry

13
                    UNITED STATES DISTRICT COURT
14
                    FOR THE DISTRICT OF ARIZONA
15

16  Ronald B. Perry,                      Case No.: 2:11-cv-01738-GMS

17                                         **NOTICE OF SETTLEMENT**
                    Plaintiff,
18
19        vs.

20  NRA Group, L.L.C.; and DOES 1-10,
21  inclusive,

22                  Defendants.

23

24                         **NOTICE OF SETTLEMENT**

25
        NOTICE IS HEREBY GIVEN that the parties in the above-captioned case have
26
27  reached a settlement.  The Plaintiff anticipates filing a notice of withdrawal of

28

1 Complaint and voluntary dismissal of this action with prejudice pursuant to Fed. R.

2 Civ. P. 41(a) within 60 days.

3

4        RESPECTFULLY SUBMITTED this 9th day of December, 2011.

5

6

7 LEMBERG & ASSOCIATES, LLC

8   */s/ Kindra Deneau*
   KINDRA DENEAU
9

10 Attorney for Plaintiff

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2:11-cv-01738-GMS                                                NOTICE OF SETTLEMENT

# CERTIFICATE OF SERVICE

I, the undersigned, certify and declare that I am over the age of 18 years, and not a party to the above-entitled cause. On December 9, 2011, I served a true copy of foregoing document(s): **NOTICE OF SETTLEMENT**.

| | |
|---|---|
| **BY ELECTRONIC FILING:** I hereby certify that on December 9, 2011, a copy of the foregoing document was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. Mail. Parties may access this filing through the Court's electronic filing system. | **Attorney for Defendants NRA Group, L.L.C.**<br><br>Ashlee A. Chille, Esq.<br>NRA Group, LLC Corporate Counsel<br>2491 Paxton St.<br>Harrisburg, PA 17106 |

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in affidavit.

I hereby certify that I am employed in the office of a member of the Bar of this Court at whose direction the service was made.

3

1    Executed on December 9, 2011.

2
                                                 _/s/ Joshua Markovits_
3                                               JOSHUA MARKOVITS
                                                Paralegal to Kindra Deneau
4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28
                                        4