# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Ronald B. Perry,<br><br>    Plaintiff,<br><br>vs.<br><br>National Recovery Services LLC, et al.,<br><br>    Defendants. | No. CV-11-1738-PHX-GMS<br><br>**ORDER** |

The Court has been advised that this case has settled (Doc. 14).

**IT IS ORDERED** that this matter will, without further Order of this Court, be dismissed with prejudice within 60 days of the date of this Order unless a stipulation to dismiss is filed prior to the dismissal date.

**IT IS FURTHER ORDERED** directing the Clerk of the Court to **terminate** this matter on **February 10, 2012** without further leave of Court.

DATED this 12th day of December, 2011.

G. Murray Snow
United States District Judge