KINDRA DENEAU (State Bar No. 024156)
7135 East Camelback Rd., Suite 230
Scottsdale, Arizona 85251
Telephone: (480) 306-5977
Facsimile: (602) 626-3504
kdeneau@lemberglaw.com

*Of Counsel to*
Lemberg & Associates LLC
A Connecticut Law Firm
1100 Summer Street
Stamford, CT 06905
Telephone: (203) 653-2250
Facsimile: (203) 653-3424

Attorneys for Plaintiff,
Ronald B. Perry

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| Ronald B. Perry, | Case No.: 2:11-cv-01738-GMS |
|---|---|
| Plaintiff, | |
| vs. | **NOTICE OF DISMISSAL** |
| NRA Group, L.L.C.; and DOES 1-10, inclusive, | |
| Defendants. | |

**NOTICE OF DISMISSAL**

Ronald B. Perry ("Plaintiff"), by Plaintiff's attorney, hereby withdraws the complaint and voluntarily dismisses this action, with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

1 | RESPECTFULLY SUBMITTED this 31st day of January 2012.

4 | LEMBERG & ASSOCIATES, LLC

5 | /s/ Kindra Deneau
6 | KINDRA DENEAU

7 | Attorney for Plaintiff

# CERTIFICATE OF SERVICE

I, the undersigned, certify and declare that I am over the age of 18 years, and not a party to the above-entitled cause. On January 31, 2012, I served a true copy of foregoing document(s): **NOTICE OF DISMISSAL**.

| | |
|---|---|
| **BY ELECTRONIC FILING:** I hereby certify that on January 31, 2012, a copy of the foregoing document was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. Mail. Parties may access this filing through the Court's electronic filing system. | Ashley A. Chille, Esquire<br>Corporate Counsel<br>NRA Group LLC<br>2491 Paxton Street<br>Harrisburg, PA  17106<br>**Attorney for Defendants NRA Group, L.L.C.** |

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in affidavit.

I hereby certify that I am employed in the office of a member of the Bar of this Court at whose direction the service was made.

1 | Executed on January 31, 2012.

*/s/ Joshua Markovits*
JOSHUA MARKOVITS
Paralegal to Kindra Deneau